United States District Court
Southern District of Texas
**ENTERED**
June 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEGACY CONTRACTORS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-1555 |
| | § | |
| A&G REAL ESTATE AND CONSTRUCTION SERVICES, INC. d/b/a SCG WEST, | § § § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

In accordance with the Order of Dismissal Without Prejudice for Failure to Allege Facts Establishing Subject Matter Jurisdiction, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 24th day of June, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE